■ In the Matter of ALLITHEA E. KILLEEN, a Suspended Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DISTRICT, Petitioner. [988 NYS2d 520]—Order entered denying motion for reargument and renewal or, in the alternative, permission to amend answer and a new hearing. Present—Centra, J.P., Peradotto, Lindley and Whalen, JJ. (Filed July 2, 2014.)

■ In the Matter of BRIAN J. KELLOGG, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner. [988 NYS2d 517]—Order of suspension entered pursuant to 22 NYCRR 1022.23 (b). Present—Centra, J.P., Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed June 24, 2014.)

■ In the Matter of LORI SUE KLINGER, for Reinstatement to the Practice of Law in the State of New York. [988 NYS2d 517]—Order entered reinstating petitioner to the practice of law. Present—Centra, J.P, Peradotto, Lindley, Whalen and DeJoseph, JJ. (Filed June 27, 2014.)